■
Maurice A. **RAPOPORT**, Petitioner-Appellant,

v.

E. Wilson **PURDY**, Respondent-Appellee.

No. 73-2892
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Dec. 11, 1973.

Maurice A. Rapoport, pro se.

Robert L. Shevin, Atty. Gen. of Fla., Tallahassee, Fla., Richard E. Gerstein,

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

State's Atty., Miami, Fla., for respondent-appellee.

Before BROWN, Chief Judge, and DYER and SIMPSON, Circuit Judges.

PER CURIAM:

The appeal is dismissed as frivolous. *See* Local Rule 20.

■
UNITED STATES IMMIGRATION and Naturalization Service, Respondent-Appellant,

v.

Marciano Haw **HIBI**, Petitioner-Appellee.

No. 72-1562.

United States Court of Appeals,
Ninth Circuit.

Dec. 21, 1973.

Before BARNES and TRASK, Circuit Judges, and EAST,* District Judge.

We therefor vacate our judgment and remand the case to the United States District Court for the Northern District of California with instructions to deny the petition for naturalization in accordance with the Supreme Court's opinion.

* Honorable William G. East, Senior United States District Judge, District of Oregon, sitting by designation.